

FILED
JAN 18 2019
WASHINGTON STATE
SUPREME COURT

# THE SUPREME COURT OF WASHINGTON

IN RE:

MARCIA MARIE MEADE,

ATTORNEY AT LAW.

)
)
)
)
)
)
)
)
)
)

BAR NO. 11122

Supreme Court No.
201,815-7

ORDER GRANTING PETITION
FOR INTERIM SUSPENSION
PURSUANT
TO ELC 7.2(a)(3)

The Washington State Bar Association (WSBA) filed a Petition for Interim Suspension pursuant to ELC 7.2(a)(3) in the above entitled matter. An Order to Show Cause was thereafter entered by the Court directing Marcia Marie Meade to appear before the Court on January 17, 2019, to show cause why the petition should not be granted. Ms. Meade did not respond to the Order to Show Cause or indicate her intent to appear. Therefore, the petition was considered without oral argument. On January 17, 2019, the Court unanimously determined that it should be granted.

Now, therefore, it is hereby

ORDERED:

The WSBA's Petition for Interim Suspension is granted pursuant to ELC 7.2(a)(3). Marcia Marie Meade is suspended from the practice of law pending cooperation with the disciplinary investigation. This suspension is effective immediately pursuant to ELC 7.6. If the

lawyer cooperates with the investigation, the lawyer may petition the Court to terminate the suspension on terms the Court deems appropriate.

DATED at Olympia, Washington, this 18th day of January, 2019.

For the Court

_____Fairhurst, C.J._____
CHIEF JUSTICE

Page 2    Case 2:19-rd-00002-WTM   Document 1   Filed 01/22/19   Page 2 of 2
201,815-7