UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In the Matter of Marcia Marie Meade

WSBA No. 11122

Case No 2:19-rd-00002

ORDER OF RECIPROCAL DISCIPLINE

The matter comes before the Court under General Rule 2(f) of the Local Rules of the United States District Court for the Western District of Washington. Thirty days has elapsed since the Court was informed that Marcia Marie Meade was suspended by the Washington State Supreme Court; and Marcia Marie Meade was afforded the opportunity to show good cause within thirty days why Marcia Marie Meade should not be suspended; no good cause having been shown;

It is ORDERED THAT Marcia Marie Meade is suspended from practice before this Court.

Dated March 4, 2019.

_Walter T. McGovern_
WALTER T. MCGOVERN
United States District Judge

ORDER OF RECIPROCAL DISCIPLINE